SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634

Angela Thornton-Millard, IA 17922
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
1520 Annex
Baltimore, MD 21235
Telephone: (816) 936-5079
E-Mail: angela.thornton-millard@ssa.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAMAAR TYRONE BRAZIER,<br><br>            Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 2:25-cv-00102-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(*FIRST REQUEST*) |

Defendant, Leland Dudek, Acting Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a two-week extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by March 17, 2025. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until March 31, 2025. If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On March 14, 2025, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 31, 2025.

Dated:  March 14, 2025

        SUE FAHAMI
        Acting United States Attorney

        /s/ *Angela Thornton-Millard*
        ANGELA THORNTON-MILLARD
        Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 14, 2025