SIGAL CHATTAH, NVSBN 5634
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAMAAR TYRONE BRAZIER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No.: 2:25-cv-00102-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12, filed on April 30, 2025), currently due on May 30, 2025, by 31 days, through and including June 30, 2025. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to July 14, 2025.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. This case involves a unique issue that has required Defendant's undersigned counsel to seek guidance from specialized attorneys within the undersigned's office. Additional time is required to give Defendant's undersigned counsel and these specialized attorneys the opportunity to fully consider the issues raised in Plaintiff's opening brief. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on May 28, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including June 30, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: May 28, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2025

2